AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. CR-18-2467-022-TUC-RCC (JR) |
| | ) |
| | ) |
| | ) |
| Oshayonna Taliyah Daughtry | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)* Oshayonna Taliyah Daughtry                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to Possess with Intent to Distribute Methamphetamine; 21:853, 18:982, and Rule 32.2(a) Forfeiture Allegation; 18:1956(h) Conspiracy to Launder Monetary Instruments

ISSUED ON 3:50 pm, Sep 16, 2021
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

City and state: Tucson, Arizona

M Rodriguez, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
|---|
| Date: _____          *Arresting officer's signature* |
| *Printed name and title* |

cc: AUSA, USMS, PTS

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

| | |
|---|---|
| 1  GLENN B. McCORMICK<br>   Acting United States Attorney<br>2  District of Arizona<br>   JARED KREAMER HOPE<br>3  Assistant U.S. Attorney<br>   United States Courthouse<br>4  405 W. Congress Street, Suite 4800<br>   Tucson, Arizona 85701<br>5  Telephone: 520-620-7300<br>   Email: jared.kreamer.hope@usdoj.gov<br>6  Attorneys for Plaintiff | FILED<br><br>21 SEP 15 PM 4:56 |

7           IN THE UNITED STATES DISTRICT COURT
8              FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 9  United States of America,<br><br>10              Plaintiff,<br>    vs.<br>11 ███████████████<br>12 ███████████████<br>13 ███████████████<br>14 ███████████████<br>15 ███████████████<br>16 ███████████████<br>17 ███████████████<br>18 ███████████████<br>19 ███████████████<br>20 ███████████████<br>21 ███████████████<br>22 ███████████████<br>23 ███████████████<br>24 ███████████████<br>25 ███████████████<br>26 ███████████████<br>27 ███████████████<br>28 ███████████████ | CR 18-02467-TUC-RCC (JR)<br><br>S U P E R S E D I N G<br><br>I N D I C T M E N T<br><br>(UNDER SEAL)<br><br>Violations:<br><br>21 U.S.C. § 846, 841(a)(1) and (b)(1)(A)(viii)<br>   (Conspiracy to Possess With Intent to Distribute Methamphetamine)<br>   Count 1<br><br>21 U.S.C. §841(a)(1) and (b)(1)(A)(viii)<br>   (Possession with Intent to Distribute Methamphetamine;<br>18 U.S.C. §2<br>   (Aiding and abetting)<br>   Counts 2-7<br><br>18 U.S.C. § 1956(h), 1956(a)(1)(B)(i)<br>   (Conspiracy to Launder Monetary Instruments)<br>   Count 8<br><br>18 U.S.C. § 1956(h), 1956(a)(1)(A)(i)<br>   (Conspiracy to Launder Monetary Instruments)<br>   Count 9<br><br>21 U.S.C. § 853; 18 U.S.C. § 982(a)(1)<br>   (Forfeiture Allegation) |

22. Oshayonna Taliyah Daughtry,
    (Counts 1, 8, Forfeiture)

Defendants.

**THE GRAND JURY CHARGES:**

## COUNT 1

From a time unknown until on or about December 31, 2019, at or near Nogales and Rio Rico, in the District of Arizona, and elsewhere,

*United States of America v.*
*Superseding Indictment Page 2 of 8*

███████████████████████████████████████████
██████████ OSHAYONNA TALIYAH DAUGHTRY, █████
███████████████████████████████████████████
████████████████████████████, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons known and unknown to the grand jury, to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████

## COUNT 3

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████

## COUNT 4

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███

## COUNT 5

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███

## COUNT 6

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
█████

## COUNT 7

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

United States of America v. ████████
Superseding Indictment Page 4 of 8

1 █
2 █
3 █
4 █

**COUNT 8**

From a time unknown until on or about December 31, 2019, at or near Nogales and Rio Rico, in the District of Arizona, and elsewhere, █ █ █ █ OSHAYONNA TALIYAH DAUGHTRY, █ █ did knowingly combine, conspire, confederate and agree with each other and other persons known and unknown to the grand jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, drug trafficking, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

**COUNT 9**

1 ███
2 ███
3 ███
4 ███
5 ███
6 ███
7 ███
8 ███
9 ███
10 ███
11 ███

## FORFEITURE ALLEGATION

Upon conviction of the controlled substances offenses alleged in Counts One through Seven of this Indictment, defendants, ███ ███ ███ ███ OSHAYONNA TALIYAH DAUGHTRY, ███ ███ ███ shall forfeit to the United States pursuant to Title 21, United States Code, Section 853:

(a)  All right, title, and interest in (1) any property, real or personal, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the said violations, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations;

(b)  A sum of money equal to the amount of proceeds obtained as a result of the offense, for which the defendants are jointly and severally liable.

1 | Upon conviction of the money laundering offenses alleged in Counts Eight and Nine
2 | of this Indictment, defendants, ███████████████████████████████████████
3 | ████████████████████████████████████████████████████████████████████
4 | ████████████████████████████████████████████████████████████ ███████
5 | ████████████████████████████████████████████████████████████████████
6 | ████████████████████████████████████████████████████████████████████
7 | OSHAYONNA TALIYAH DAUGHTRY, ████████████████████████████████████████
8 | ████████████████████████████████████████████████
9 | ███████████████████████████ shall forfeit to the United States pursuant to Title 18, United
10 | States Code, Section 982(a)(1), all property, real and personal, involved in the money
11 | laundering offense and all property traceable to such property, including but not limited to
12 | a sum of money equal to $285,769.00 in United States currency, representing the sum of
13 | money involved in the conspiracy to commit money laundering in violation of Title 18,
14 | United States Code, Sections 1956(a)(1)(B)(i) and 1956(h), for which the defendants are
15 | jointly and severally liable.
16 | If any of the forfeitable property, as a result of any act or omission of the defendants:
17 | (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold
18 | to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court;
19 | (4) has been substantially diminished in value; or (5) has been commingled with other
20 | property which cannot be divided without difficulty; it is the intent of the United States,
21 | pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code,
22 | Section 982(b), to seek forfeiture of any other property of said defendants up to the value
23 | of the above forfeitable property, including but not limited to all property, both real and
24 | personal, owned by the defendants.
25 |
26 |
27 |
28 | ///

All in accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 982; and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: September 15, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

JARED KREAMER HOPE
Assistant U.S. Attorney